**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**ANN RAINES,**
*individually and on behalf*
*of all those similarly situated,*

                                             Case No.: 0:25-cv-62609-AHS

        Plaintiff,

v.

**SPIRE RECOVERY SOLUTIONS LLC,**

        Defendant.

_____/

### PLAINTIFF'S REQUEST FOR ENTRY OF CLERK DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Ann Raines ("Plaintiff") requests that the Clerk enter a default against Defendant Spire Recovery Solutions LLC ("Defendant") for failure to plead or otherwise defend this action in a timely manner. As support Plaintiff states:

1.      The Complaint in this matter was filed on September 23, 2025. [D.E. 1]

2.      Service of the Summons and Complaint on Defendant was completed on January 6, 2026. [D.E. 8]

3.      Federal Rule of Civil Procedure 12(a), entitled "Time to Serve a Responsive Pleading," provides in pertinent part that "[a] defendant must serve an answer within 21 days after being served with the summons and complaint." *See* Fed. R. Civ. P. 12(a)(1)(A)(i)

4.      The deadline for Defendant to respond to the Complaint was January 27, 2026, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i).

5.      Federal Rule of Civil Procedure 55(a), entitled "Entering a Default," provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or

otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." See Fed. R. Civ. P. 55(a).

WHEREFORE, Plaintiff requests that the Clerk enter default against Defendant.

DATED: April 27, 2026

Respectfully Submitted,

/s/ Mitchell D. Hansen
**MITCHELL D. HANSEN, ESQ.**
Florida Bar No.: 1065929
E-mail: mitchell@jibraellaw.com
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640
E-mail: Zane@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street,
Wilton Manors, Florida 33305
Phone: 734-730-9959


COUNSEL FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on April 27, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was mailed to Defendant, Spire Recovery Solutions LLC, 801 US HWY 1 North Palm Beach, FL, 33408.

/s/ Mitchell D. Hansen
**MITCHELL D. HANSEN, ESQ.**
Florida Bar No.: 1065929
E-mail: mitchell@jibraellaw.com